UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GLENN BINGLE,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:12-cv-01967 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br>(Doc. 19) |

On January 9, 2014, Plaintiff Roger Bingle and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412(d) and 1920.  (Doc. 19.)

Accordingly, subject to the terms of the parties' stipulation, **IT IS HEREBY ORDERED**: fees and costs in the amount of $6,217.85 is **AWARDED** to Plaintiff, Roger Glenn Bingle.

IT IS SO ORDERED.

Dated: **January 14, 2014**               /s/ Jennifer L. Thurston
                                                                           UNITED STATES MAGISTRATE JUDGE